1  TRACY L. WILKISON
   Acting United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   GAVIN L. GREENE (Cal. Bar No. 230807)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
7       E-mail: Gavin.Greene@usdoj.gov

8  Attorneys for the United States of America

9
                  UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                      WESTERN DIVISION
12

13  United States of America,          Case No.  CV 21-7843 PA

14              Petitioner,            ORDER TO SHOW CAUSE

15         v.

16  Hawk Consultancy, LLC,

17              Respondent.

18

19

20       Based upon the Petition to Enforce Internal Revenue Service

21  Summons, Memorandum of Points and Authorities, and supporting

22  Declaration, the Court finds that Petitioner has established a *prima facie*

23  case for judicial enforcement of the subject Internal Revenue Service (IRS)

24  summons.  See *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

25       **IT IS ORDERED** that Respondent appear before this District Court of

26  the United States for the Central District of California, at the following date,

27  time, and address, to show cause why the production of books, papers,

28
                                    1

records, and other data demanded in the subject IRS summons should not be compelled:

| | |
|---|---|
| Date: | Monday, November 22, 2021 |
| Time: | 3:00 p.m. |
| Courtroom: | 9A |
| Address: | United States Courthouse |
| | 350 West First Street, Los Angeles, CA  90012 |

**IT IS FURTHER ORDERED** that copies of the following documents be served on Respondent (a) by personal delivery, (b) by leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or (c) by certified mail:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

A proof of service shall be filed with the Court by the IRS no later than October 18, 2021.

**IT IS FURTHER ORDERED** that within twenty-one (21) days of the hearing, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any

hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within fourteen (14) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within fourteen (14) days of the hearing will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED:  October 8, 2021

_____

Percy Anderson
UNITED STATES DISRICT JUDGE

3