JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>Hawk Consultancy, LLC,<br><br>　　　　Respondent. | Case No. 2:21-cv-07843-PA-JC<br><br>Order Closing Case |

Based upon the Status Report filed by the United States (ECF document number 18), this case is hereby closed.

DATED: April 01, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　United States District Judge

1